UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ABDIN REED | : | CIV. NO. 11-2203(KSH) |
| V. | : | AFFIDAVIT |
| UNITED STATES | : | |

I, Abdin Reed, hereby swear to the following:

1. I am the petitioner in the above captioned matter having filed my original application on April 18, 2011 seeking relief via 28 USC 2255. I have prepared this affidavit with the assistance of John H Yauch, Assistant Federal Public Defender. Mr. Yauch represents me regarding a violation of supervised release. He does not represent me regarding the above captioned matter. The statement herein are a matter of my own free will and I have not relied on the advice of Mr. Yauch regarding this matter.

2. At the time I filed my application pursuant to 28 USC 2255 I was a federal inmate serving my sentence for the case related to the above captioned matter.

3. I have been released from my federal sentence and am currently serving my term of supervised release.

4. Based on all the circumstances, I no longer wish to pursue the motion/application I made in the above captioned matter. I desire that the matter be dismissed.

5. The statements herein are completely voluntary and a product of my own free will.

6. The statements made herein are truthful to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

*Abdin Reed*
Abdin Reed

Dated: 4/4/16

Witnessed: *[signature]*
John H Gauch
Asst. Federal Public Defender

4/4/16 - Ordered that Clerk of court should dismiss case.

3-30-16

SO ORDERED: *[signature]*
KATHARINE S. HAYDEN, U.S.D.J.
DATE: 4/4/16